**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

September 24, 2015

RE: Case No. 01-15-00547-CR, 01-15-00548-CR, 01-15-00549-CR

Style: Willie Clarke
    v. The State of Texas

    Please be advised the Court today **GRANTED IN PART** Appellant's Motion to Extend Time to File Anders Response in the above referenced causes to and including November 4, 2015.

T.C. Case Nos. 1453864, 1457279, 1465671 Christopher A. Prine, Clerk of Court

Willie Clarke
TDCJ #02009873
Holliday Unit
295 IH 45 North
Huntsville, TX 77320

 **FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

September 24, 2015

RE: Case No. 01-15-00547-CR, 01-15-00548-CR, 01-15-00549-CR

Style: Willie Clarke
    v. The State of Texas

    Please be advised the Court today **GRANTED IN PART** Appellant's Motion to Extend Time to File Anders Response in the above referenced causes to and including November 4, 2015.

T.C. Case Nos. 1453864, 1457279, 1465671 Christopher A. Prine, Clerk of Court

Angela Cameron Williams
Harris County Public Defender's Office
1201 Franklin St Rm 13
Houston, TX 77002
***DELIVERED VIA E-MAIL***



**FIRST COURT OF APPEALS**
**301 Fannin Street**
**Houston, Texas 77002-2066**

September 24, 2015

RE: Case No. 01-15-00547-CR, 01-15-00548-CR, 01-15-00549-CR

Style: Willie Clarke
    v. The State of Texas

    Please be advised the Court today **GRANTED IN PART** Appellant's Motion to Extend Time to File Anders Response in the above referenced causes to and including November 4, 2015.

T.C. Case Nos. 1453864, 1457279, 1465671 Christopher A. Prine, Clerk of Court

Alan Curry
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Ste 600
Houston, TX 77002-1923
***DELIVERED VIA E-MAIL***